570 A.2d 987
STATE OF NEW JERSEY v. JAMES CALVIN HILL.

December 21, 1989.

Petition for certification granted.

570 A.2d 987
STATE OF NEW JERSEY v. NICHOLAS KONTAKIS.

December 21, 1989.

Petition for certification granted and remanded to the Appellate Division to reconsider in the light of the December 8, 1989, memorandum from the Chief Justice in respect to the mental disease or defect defense.